UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 25CR0213-WQH |
|---|---|
| Plaintiff, | Hon. William Q. Hayes |
| v. | |
| FRANCISCO JAVIER RENTERIA, | ORDER TO CONTINUE MOTION HEARING |
| Defendant. | |

Good cause having been shown **IT IS HEREBY ORDERED** that the Joint Motion to Continue is granted (ECF No. 22), and the Motion Hearing / Trial Setting currently scheduled for March 3, 2025, to April 28, 2025, at 9:00 am. For reasons stated in the joint motion, the court finds the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

**IT IS FURTHER ORDERED** that the period of delay from the filing of the joint motion until April 28, 2025, shall be excluded in computing time with which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED.**

Dated: February 27, 2025

_____
Hon. William Q. Hayes
United States District Court